John M. Drath, State Bar No. 45031
Ray Z. Bacerdo, State Bar No. 139221
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899
Emails: jdrath@bishop-barry.com
rbacerdo@bishop-barry.com

Attorneys for Defendants

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 596-0888 FACSIMILE: (510) 596-0899

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. GALASI, Plaintiff, v. THE DEAUVILLE BEACH RESORT, a Florida Limited Liability Company, FRANK MOELLAS, Managing Partner, LOURDES ESPALYA, General Manager of The Deauville Beach Resort, MARIA ALVAREZ, Defendants. | Case No.: C-14-01249 JSC<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT |

WHEREAS, Plaintiff RONALD GALASI filed his Complaint on March 18, 2014;

WHEREAS, Plaintiff RONALD GALASI has proofs of service on defendant MARIA ALVAREZ by personal service on May 23, 2014; defendant LOURDES ESPALYA by substituted service on May 23, 2014; defendant FRANK MOELLAS by substituted service on May 23, 2014; and, defendant THE DEAUVILLE BEACH RESORT, a Florida Limited Liability Company, by substituted service on May 23, 2014.

WHEREAS, Plaintiff and the served Defendants, through their respective counsel, hereby STIPULATE that the defendants' time to file a responsive pleading is extended from June 11, 2014, to June 25, 2014.

IT IS SO STIPULATED:

Dated: June 7, 2014

By: Ronald S. Galasi, in Pro Se

Dated: June 10, 2014

BISHOP | BARRY | DRATH

By: Ray Z. Bacerdo
Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 596-0888 FACSIMILE: (510) 596-0899